UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DAVID AGUILAR,  
Plaintiff,  
vs.  
J. TAFELMEYER, et al.,  
Defendants.

CASE NO. 3:23-CV-00547-ART-CSD

NOTICE TO APPOINT PRO BONO COUNSEL (ECF NO. 1-3)

Plaintiff, David Aguilar, Moves this Court To Appoint him Counsel From the Pro Bono Program And Proceed onto the Normal litigation Track.

This Notice is made and based upon All the papers And Documents Filed in this Action.

Respectfully Submitted By:
x David Aguilar
David Aguilar # 52801
NNCC - P.O. Box 7000
Carson City, NV 89702
Plaintiff In Pro Se

Dated: 12-22-23.