UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AGUILAR,<br><br>               Plaintiff,<br><br>vs.<br><br>J. TAFELMEYER, *et al.*,<br><br>               Defendant. | 3:23-cv-547-ART-CSD<br><br>ORDER APPOINTING COUNSEL |

    This case was referred to the *Pro Bono* Program ("Program") adopted in the Second Amended General Order 2019-07 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Attorney Luke Busby, Esq., is hereby appointed as counsel for Plaintiff David Aguilar. The scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision. Accordingly,

    IT IS HEREBY ORDERED that Luke Busby, Esq. is hereby appointed as *pro bono* counsel for Plaintiff David Aguilar pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

    IT IS FURTHER ORDERED that Luke Busby, Esq., as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

    IT IS FURTHER ORDERED that the Clerk of Court assigns a PROBONO case flag and add Luke Busby, Esq. to the docket as counsel of record for Plaintiff.

    IT IS FURTHER ORDERED that Luke Busby, Esq. will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that within fourteen (14) days after completion of legal services, Luke Busby, Esq. must submit a Notice of Completion Form to the *Pro Bono* Liaison.

Dated this 24th day of January 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE