AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 159741
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1227
E-mail:  acnelson@ag.nv.gov

*Attorneys for Defendant*
*Skyler Sheets*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AGUILAR,<br><br>          Plaintiff,<br><br> v.<br><br>J. TAFELMEYER; et al.,<br><br>          Defendants. | Case No. 3:23-cv-00547-ART-CSD<br><br>**NOTICE OF ACCEPTANCE OF SERVICE** |

Pursuant to the Court's Order submitted on January 17, 2024, (ECF No. 9), Aaron D. Ford, Attorney General for the State of Nevada, and Andrew C. Nelson, Senior Deputy Attorney General, hereby enter this acceptance of service.

The Office of the Attorney General (OAG) accepts service on behalf of Skyler Sheets, believed to be sued as Corrections Officer Sheeks.

The OAG does not accept service on behalf of Joseph Jackson, Mahon, and J. Tafelmeyer. The last known address of these individuals will be filed under seal.

DATED this 7th day of February 2024.

AARON D. FORD
Attorney General

By:    */s/ Andrew C. Nelson*
       ANDREW C. NELSON, Bar No. 15971
        Senior Deputy Attorney General

*Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 7, 2024, I filed the foregoing, **NOTICE OF ACCEPTANCE OF SERVICE** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Luke Busby, Esq.
Luke Andrew Busby, Ltd.
432 Court St.
Reno, Nevada 89501
*Attorney for Plaintiff*

/s/ *Karen Easton*
An employee of the
Office of the Nevada Attorney General