**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID AGUILAR,

Plaintiff,

v.

J. TAFELMEYER, *et al.*,

Defendants.

Case No. 3:23-cv-00547-ART-CSD

**ORDER RE: SERVICE OF PROCESS**

The Office of the Attorney General did not accept service of process on behalf of Defendants **Joseph Johnson, Zachary Mahon** and **Jeremy Tafelmeyer**, who are no longer employees of the Nevada Department of Corrections. (ECF No. 12.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 13.)

The Clerk shall ISSUE summonses for **Joseph Johnson, Zachary Mahon** and **Jeremy Tafelmeyer** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 13.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 7), the screening order, (ECF No. 6), and this order to the U.S. Marshal for service on Defendants Johnson, Mahon and Tafelmeyer. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **April 16, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED:  February 7, 2024.

_____
UNITED STATES MAGISTRATE JUDGE