# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AGUILAR,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>J. TAFELMEYER, et al.,<br><br>　　　　　　　Defendants. | 3:23-cv-00547-ART-CSD<br><br>**ORDER** |

The court has approved the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 26), and it does not appear that an initial case management conference is necessary. If the parties disagree, they may file a stipulation requesting a case management conference.

**IT IS HEREBY ORDERED** that the Case Management Conference scheduled on **Monday, April 29, 2024, at 10:00 a.m.** is **VACATED**.

DATED:  April 5, 2024.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE