Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DAVID AGUILAR,<br><br>     Plaintiffs,<br><br>     V.<br><br>J. TAFELMEYER, et al.,<br><br>     Defendant(s). | Case No.: 3:23-cv-00547-ART-CSD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINES**<br>**[Second Request]** |

    Plaintiff DAVID AGUILAR ("Plaintiff") and Defendants J. TAFELMEYER, et al. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the discovery cut-off and related deadlines in this case be extended for a period of 60 days.

    As detailed further herein, the additional time is necessary because the Plaintiff has sought leave to amend the complaint in this matter to add an additional party which Defendants are opposing, and the Defendants have very recently substituted in new counsel for this case.  The parties believe an extension of the discovery period by

sixty days (60) will provide adequate time to complete discovery, and will permit potential Defendant NDOC to conduct discovery, if added as a party.

This is the second request for an extension of these deadlines. This request is made in good faith and is not for the purpose of delay. Pursuant to LR 26-4, the parties provide the following information to the Court in connection with their request for an extension of discovery deadlines:

A.   Statement of Discovery that has been Completed

The parties have each exchanged voluminous initial disclosures of documents and witnesses.

B.   Description of the Discovery that Remains to be Completed and the Reasons

The parties will likely need to issue requests for production, interrogatories, and requests for admission, and conduct depositions.

C.   Proposed Schedule for Completing all Remaining Discovery

**Discovery Cut-Off Date:**

Existing Deadline: Wednesday, January 29, 2025

New Deadline: Monday, March 31, 2025 (adjusted from Saturday, March 29, 2025)

**Disclosures (Experts):**

Existing Deadline: Thursday, October 31, 2024

New Deadline: Tuesday, December 31, 2024 (adjusted from Sunday, December 29, 2024)

**Disclosures regarding rebuttal experts:**

Existing Deadline: Monday, December 2, 2024

New Deadline: Friday, January 31, 2025

**Dispositive Motions:**

Existing Deadline: Friday, February 28, 2025

New Deadline: Tuesday, April 29, 2025

**Joint Pretrial Order:**

Existing Deadline: Tuesday, April 1, 2025

New Deadline: Monday, June 2, 2025 (adjusted from Saturday, May 31, 2025)

**Modification of discovery plan and scheduling order:**

Existing Deadline: Wednesday, January 8, 2025

New Deadline: Monday, March 10, 2025 (adjusted from Sunday, March 9, 2025)

**IT IS SO STIPULATED.**

Dated: Oct 23, 2024

By: */s/ Mark Hackmann, Esq.*
Mark Hackmann
100 N. Carson St.
Carson City, NV 89701
813-340-1181
Email: mhackmann@ag.nv.gov

By: */s/ Luke Busby, Esq.*
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** October 23, 2024