UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AGUILAR,<br><br>                    Plaintiff,<br><br>vs.<br><br>J. TAFELMEYER, *et al.*,<br><br>                    Defendant. | 3:23-cv-547-ART-CSD<br><br>ORDER |

      This case involves an Eighth Amendment excessive force claim by Plaintiff David Aguilar against defendants Johnson, Tafelmeyer, Mahon, and Sheeks. On August 26, 2024, Plaintiff filed a motion to amend the complaint. (ECF No. 38.) In a Report and Recommendation (R&R), Magistrate Judge Denney recommended that the motion to amend be denied. (ECF No. 45.) Shortly after the R&R was filed, Plaintiff withdrew his motion to amend. (ECF No. 46.) Plaintiff subsequently filed a second motion to amend (ECF No. 47), which the Court will consider in due course.

      Because Plaintiff has withdrawn the underlying motion, the Court rejects the R&R (ECF No. 45) and denies Plaintiff's first motion to amend (ECF No. 38) as moot.

Dated this 25th day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE