AARON D. FORD
  Attorney General
MARK HACKMANN, Bar No. 16704
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: mhackmann@ag.nv.gov

*Attorneys for Defendants Joseph Johnson, Zachary Mahon, Skyler Sheets and Jeremy Tafelmeyer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AGUILAR,<br><br>           Plaintiff,<br><br> v.<br><br>J. TAFELMEYER; et al.,<br><br>           Defendants. | Case No. 3:23-cv-00547-ART-CSD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (ECF NO. 47)**<br>**(FIRST REQUEST)** |

Defendants, Joseph Johnson, Zachary Mahon, Skyler Sheets and Jeremy Tafelmeyer, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Mark Hackmann, Deputy Attorney General, and Plaintiff David Aguilar (collectively, the "Parties"), by and through his counsel, Luke Busby, Esq., respectfully submit the following Stipulation and Order to Extend Defendant's Deadline to File Reply in Opposition of Plaintiff's Motion for Leave to Amend Complaint filed October 14, 2024.

The additional time is necessary because Defendant has recently substituted in new counsel for this case and an additional seven (7) days will provide adequate time for Defendant to respond to additional allegations and claim made in the Amended Complaint.

The Parties propose that the following current deadline be extended by 7 days. The current deadline for response is October 28, 2024. The Parties stipulate that the deadline be extended to November 4, 2024.

For the foregoing reasons, the Defendants and Plaintiff hereby request this Court extend the deadline to respond to the Opposition to November 4, 2024.

DATED this 28th day of October 2024.

> AARON D. FORD
> Attorney General
>
> By: */s/ Mark Hackmann*
>    MARK HACKMANN, Bar No. 16704
>    Deputy Attorney General
>
> *Attorneys for Defendants*
>
> By: /s/ *Luke Busby, Esq.*
>    Luke Busby, Esq.
>    Nevada State Bar #10319
>    316 California Avenue
>    Reno, Nevada 89509
>    Phone (775) 453-0112
>    luke@lukeandrewbusbyltd.com
>
> *Attorney for the Plaintiff*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** October 29, 2024