AARON D. FORD
  Attorney General
MARK HACKMANN, Bar No. 16704
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: mhackmann@ag.nv.gov

*Attorneys for Defendants Joseph Johnson, Zachary Mahon, Skyler Sheets and Jeremy Tafelmeyer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AGUILAR,<br><br>       Plaintiff,<br><br>v.<br><br>J. TAFELMEYER; et al.,<br><br>       Defendants. | Case No. 3:23-cv-00547-ART-CSD<br><br>**NOTICE OF ACCEPTANCE OF SERVICE** |

    Pursuant to this Court's Order submitted on December 12, 2024, (ECF No. 56), Aaron D. Ford, Attorney General for the State of Nevada, and Mark Hackmann, Deputy Attorney General, hereby enter this acceptance of service.

    The Office of the Attorney General (OAG) accepts service on behalf of Nevada Department of Corrections (NDOC).

    DATED this 26th day of December, 2024.

                                      AARON D. FORD
                                      Attorney General

                                    By:   */s/ Mark Hackmann*
                                            MARK HACKMANN, Bar No. 16704
                                              Deputy Attorney General

                                    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 26th day of December, I filed the foregoing, **NOTICE OF ACCEPTANCE OF SERVICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, addressed to the following:

Luke Busby, Esq.
316 California Ave.
Reno, NV 89509

_____
An employee of the
Office of the Nevada Attorney General