1  AARON D. FORD
  Attorney General
2  MARK HACKMANN, Bar No. 16704
  Deputy Attorney General
3  State of Nevada
Office of the Attorney General
4  100 N. Carson Street
Carson City, Nevada 89701-4717
5  Tel: (775) 684-1227
E-mail: mhackmann@ag.nv.gov

7  *Attorneys for Defendants*
*Joseph Johnson, Zachary Mahon,*
8  *Nevada Department of Corrections,*
*Skyler Sheets, and Jeremy Tafelmeyer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AGUILAR,<br><br>      Plaintiff,<br><br>v.<br><br>J. TAFELMEYER; et al.,<br><br>      Defendants. | Case No. 3:23-cv-00547-ART-CSD<br><br>**ORDER GRANTING STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY**<br><br>**(FOURTH REQUEST)** |

Plaintiff, David Aguilar ("Plaintiff"), through his attorney, Luke Busby, Esq., and Defendants, Joseph Johnson, Zachary Mahon, Nevada Department of Corrections (NDOC) Skyler Sheets and Jeremy Tafelmeyer (collectively "Defendants"), by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Mark Hackmann, Deputy Attorney General, respectfully submit the following Stipulation to Extend Discovery Deadlines outlined in ECF No. 62 at 3:14 -4:7 (Fourth Request):

**I.   DISCOVERY COMPLETED**

Counsel met telephonically for an FRCP 26(f) conference on April 4, 2024.

Plaintiff served disclosures pursuant to FRCP 26, as follows:

    1.   Initial Disclosures:

Defendants served disclosures pursuant to FRCP 26, as follows:

    1.   Initial Disclosures: May 24, 2024

Plaintiff propounded Request for Production of Documents on Defendant NDOC. No other discovery has been completed in this case.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

1. Written Discovery
2. Depositions of Parties
3. Depositions of NDOC's FRCP 30(b)(6) witnesses
4. Depositions of percipient witnesses
5. Deposition of treating providers
6. Expert discovery, including expert disclosures and depositions
7. Subpoenas to third parties for records and information

## III. REASONS THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN

This is a complex 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA) case where Plaintiff is alleging constitutional violations of his Eighth Amendment rights, in addition to violations of protections under the ADA. Plaintiff has been granted leave to file the First Amended Complaint, which added one new claim and one new Defendant. The parties agree that good cause exists for the requested extension of time.

Defendants are requesting extra time to adequately respond to Plaintiff's discovery requests and to provide Plaintiff enough time to thoroughly review responses and provide follow up requests, should any be deemed necessary. This is the fourth request for extension of these deadlines. This request is made in good faith and not for the purpose of delay. Pursuant to LR 26-4 the parties provide the following information to the Court in connection with their request for an extension of discovery deadlines.

///

///

///

///

### IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The parties jointly propose the following discovery plan, which allows approximately 30 extra days to complete discovery:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cut-Off: | May 30, 2025 | June 30, 2025[1] |
| FRCP 26(a)(2) Expert Disclosures: | | |
| i. Initial disclosure: | March 31, 2025 *(60 days before discovery cut-off)* | May 1, 2025 |
| ii. Rebuttal disclosure: | April 30, 2025 *(30 days after initial disclosures)* | June 2, 2025[2] |
| Dispositive Motions: | June 30, 2025 *(30 days after discovery cut-off)* | July 30, 2025 *(30 days after discovery cut-off)* |
| Joint Pre-Trial Order: | July 30, 2025 *(30 days after dispositive motions)* | August 29, 2025 *(30 days after dispositive motions)* |

In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty days after the decision on the dispositive motions or by further order of the court.

The parties anticipate that, pending any unforeseen circumstances outside the parties' control, the above extension of the current discovery deadlines should allow the parties to conduct and complete the outstanding discovery.

///
///
///
///
///
///
///

---

[1] 30 days from May 30, 2025, is Sunday June 29, 2025. The date has been adjusted accordingly to the next business day, which is Monday, June 30, 2025.

[2] 30 days from May 1, 2025, is Saturday May 31, 2025. The date has been adjusted accordingly to the next business day, which is Monday, June 2, 2025.

This fourth request for an extension of the current discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 11th day of March, 2025.                   DATED this 11th day of March, 2025.

                                                                     AARON D. FORD
                                                                       Attorney General

By:   */s/ Luke Busby*                       By:   */s/ Mark Hackmann*
      LUKE BUSBY, ESQ. (Bar No. 10319)        MARK HACKMANN (Bar No. 16704)
      Attorney for Plaintiff                             Deputy Attorney General

                                                      *Attorneys for Defendants*

                                                  IT IS SO ORDERED.

                                                  UNITED STATES MAGISTRATE JUDGE

                                                  DATE:   March 11, 2025.