Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DAVID AGUILAR,<br><br>    Plaintiffs,<br><br>    V.<br><br>J. TAFELMEYER, et al.,<br><br>    Defendant(s). | Case No.: 3:23-cv-00547-ART-CSD<br><br>**ERRATA TO PLAINTIFF'S MOTION REGARDING DISCOVERY DISPUTE [ECF 69]** |

    COME NOW Plaintiff DAVID AGUILAR, by and through the undersigned counsel, pursuant to the Civil Standing Order of U.S. Magistrate Judge Craig S. Denney, and files this Errata to Motion Regarding Discovery Dispute to inform the Court that on June 4, 2025 Plaintiff received answers to the Interrogatories from Defendant Sheeks in the post after the filing of the motion.

Dated: Jun 4, 2025

By: */s/ Luke Busby, Esq.*
    Luke Busby, Esq.
    316 California Avenue
    Reno, Nevada 89509
    Phone (775) 453-0112
    luke@lukeandrewbusbyltd.com
    *Attorney for the Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing by:

_____ personally delivering;

_____ delivery via Reno/Carson Messenger Service;

_____ sending via Federal Express (or other overnight delivery service);

\_\_\_\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

\_\_x\_\_ delivery via electronic means (fax, eflex, NEF, etc.) to:

      Mark Hackmann, Esq.
      100 N. Carson St.
      Carson City, NV 89701
      813-340-1181
      Email: mhackmann@ag.nv.gov

Dated: Jun 4, 2025

By: /s/ Luke Busby, Esq.
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*