AARON D. FORD
  Attorney General
MARK HACKMANN, Bar No. 16704
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: mhackmann@ag.nv.gov

*Attorneys for Defendants*
*Nevada Department of Corrections,*
*Joseph Johnson, Zachary Mahon,*
*Skyler Sheets, and Jeremy Tafelmeyer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AGUILAR,<br><br>       Plaintiff,<br><br>v.<br><br>J. TAFELMEYER; et al.,<br><br>       Defendants. | Case No. 3:23-cv-00547-ART-CSD<br><br>**NOTICE OF COMPLIANCE AND STIPULATION AND PROPOSED ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE**<br><br>**(SECOND REQUEST)** |

Plaintiff, David Aguilar ("Plaintiff"), through his attorney, Luke Busby, Esq., and Defendants, Joseph Johnson, Zachary Mahon, Nevada Department of Corrections (NDOC) Skyler Sheets and Jeremy Tafelmeyer (collectively "Defendants"), by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Mark Hackmann, Deputy Attorney General, respectfully submit the following Notice of Compliance (ECF No. 83) and Stipulation to Extend Dispositive Deadlines outlined in ECF No. 80 at 2:13-15 (Second Request):

**I.     NOTICE OF COMPLIANCE**

The Parties submit this notice of compliance with this Court's August 7, 2025, Order requiring the Parties "to meet and confer to come up with a reasonable period of time for the production of relevant documents" on or before August 14, 2025. ECF No. 83 at 14-16. On August 12, 2025, the Parties met and conferred and determined that 30 days for Defendants to produce responsive documents should suffice.

**II.   DISCOVERY COMPLETED**

All discovery has been completed except for the responsive documents Ordered by this Court in ECF No. 83.

**III.   DISCOVERY THAT REMAINS TO BE COMPLETED**

Responsive Documents to Written Discovery

**IV.   REASONS THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN**

Plaintiff filed a Motion to Compel Discovery responses (ECF No. 69) which was heard on August 5, 2025. ECF No. 82. After the hearing, on August 7, 2025, this Court issued an Order for Defendants to produce certain documents requested in Plaintiff's motion to compel. ECF No. 83.

The Parties are requesting extra time for Defendants to adequately respond to Plaintiff's discovery requests and to submit dispositive motions. This is the second request for extension of these deadlines. This request is made in good faith and not for the purpose of delay. Fed. R. Civ. Proc. 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Pursuant to LR 26-3 the parties provide the following information to the Court in connection with their request for an extension of discovery deadlines.

**V.   PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

The parties jointly propose the following discovery plan, which allows approximately 30 extra days to complete discovery and file dispositive motions after disclosure of the documents specified in ECF No. 83:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Dispositive Motions: | September 4, 2025 | October 6, 2025 |
| Joint Pre-Trial Order: | October 6, 2025<br>*(30 days after dispositive motions)* | November 5, 2025<br>*(30 days after dispositive motions)* |

In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty days after the decision on the dispositive motions or by further order of the court.

Page **2** of **4**

1  The Parties anticipate that, pending any unforeseen circumstances outside the
2  parties' control, the above extension of the current discovery deadlines should allow the
3  parties to conduct and complete the outstanding discovery.
4  Good cause exists for the extension. The Parties respectfully request additional time
5  to complete discovery before filing dispositive motions. The Parties assert the requisite good
6  cause is present to warrant the requested extension of time. This second request for an
7  extension of the dispositive deadline is made by the parties in good faith and not for the
8  purpose of delay.

DATED this 20th day of August, 2025.    DATED this 20th day of August, 2025.

AARON D. FORD
Attorney General

By: */s/ Luke Busby*    By: */s/ Mark Hackmann*
LUKE BUSBY, ESQ. (Bar No. 10319)    MARK HACKMANN (Bar No. 16704)
Attorney for Plaintiff    Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: _____

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 20, 2025, I filed the foregoing, **NOTICE OF COMPLIANCE AND STIPULATION AND PROPOSED ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE (SECOND REQUEST)** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically.

Luke Busby, Esq.
316 California Ave.
Reno, NV 89509
*Attorney for Plaintiff*

/s/ *Jamile Vazquez*
Jamile Vazquez, an employee of the
Office of the Nevada Attorney General