Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID AGUILAR,<br><br>    Plaintiffs,<br><br>    V.<br><br>J. TAFELMEYER, et al.,<br><br>    Defendant(s). | Case No.: 3:23-cv-00547-ART-CSD<br><br>**PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES AND EXPENSES** |

    Plaintiff David Aguilar, by and through his counsel Luke Busby, Esq., hereby submits this Application for Attorney's Fees and Expenses pursuant to the Court's Order dated August 7, 2025 (ECF No. 83). This application seeks an award of reasonable attorney's fees and expenses incurred in connection with Plaintiff's Motion Regarding Discovery Dispute (ECF No. 69), specifically related to Defendants' failure to provide timely responses to interrogatories, as ordered by the Court.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. BACKGROUND

On June 4, 2025, Plaintiff filed a Motion Regarding Discovery Dispute (ECF No. 69, with errata at ECF No. 70) addressing Defendants' failure to timely respond to interrogatories and produce documents responsive to Requests for Production 9-16. Defendants filed a response (ECF No. 74), and Plaintiff filed a reply (ECF No. 75). The Court held a hearing on August 5, 2025, and issued an Order on August 7, 2025 (ECF No. 83), granting the motion in part and denying it in part.

The Court found that Defendants failed to timely respond to Plaintiff's interrogatories, with responses from three Defendants served only on the eve of the hearing. The Court imposed sanctions and awarded Plaintiff his reasonable expenses and attorney's fees for the motion related to the interrogatories. Plaintiff was directed to file an application, including a reasonable itemization and description of work performed, an itemization of costs, and a brief summary of counsel's qualifications and experience, customary hourly fee, and any evidence of fees sought or awarded in similar cases.

Accordingly, Plaintiff submits this application seeking $866.60 in attorney's fees. Plaintiff incurred no costs related to the interrogatories portion of the motion.

## II. ITEMIZATION AND DESCRIPTION OF WORK PERFORMED

The work performed by counsel related to the interrogatories issue includes drafting the relevant portions of the motion, drafting the relevant portions of the reply, preparing for the relevant portions of the hearing, and attending the relevant portions of the hearing. Half of the total time spent on the motion, reply, preparation, and hearing

was attributable to the interrogatories issue, consistent with the Court's Order limiting the award to fees related to the interrogatories. The itemized time is as follows:

>Drafting the motion (interrogatories portion): 1 hour
>
>Drafting the reply (interrogatories portion): 0.5 hours
>
>Preparation for the hearing (interrogatories portion): 0.5 hours
>
>Time of the hearing (interrogatories portion): 0.1665 hours (10 minutes)
>
>Total time: 2.1665 hours at $400 per hour = $866.60.
>
>Plaintiff incurred no costs related to the interrogatories portion of the motion.

### III. BRIEF SUMMARY OF QUALIFICATIONS, EXPERIENCE, CUSTOMARY FEE, AND EVIDENCE OF FEES IN SIMILAR CASES

The Undersigned has been licensed to practice law in Nevada since 2007 and is a member of the State Bar on Nevada in good standing. He began his career at the Public Utilities Commission of Nevada as assistant general counsel. He has represented litigants on appeals at both state and federal levels. He has been in private practice in Reno since April 2010 and has served as counsel of record in several significant public interest cases, as described in the Declaration included herein below.

The requested rate of $400 per hour is reasonable and consistent with awards in these similar cases described in the Declaration below, and in the Declaration of Terri Keyser-Cooper, attached hereto as Exhibit 1.

### IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court award $866.60 in attorney's fees.

Dated: Aug 21, 2025

By: */s/ Luke Busby, Esq.*
Luke Busby, Esq.
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

**DECLARATION OF LUKE BUSBY, ESQ. IN SUPPORT OF PLAINTIFF'S**

**APPLICATION FOR ATTORNEY'S FEES AND EXPENSES**

I, LUKE BUSBY, ESQ., declare the following:

1. I am the attorney representing Plaintiff David Aguilar in Case No. 3:23-cv-00547-ART-CSD. I was appointed as pro bono counsel in this matter.

2. I have been licensed and in good standing to practice law in Nevada since 2007. I began my career in Nevada at the Public Utilities Commission of Nevada in 2006.

3. I have been in private practice since April of 2010 and have represented litigants in cases and appeals filed at both the state and federal levels.

4. I believe a rate of $400 per hour is reasonable and customary for an attorney of my experience, given the market for legal services in Northern Nevada.

5. I have been counsel of record in several significant cases, including: *Comstock Residents Ass'n v. Lyon Cty. Bd. of Comm'rs*, 132 Nev. 957, 385 P.3d 607 (2016), where the Nevada Supreme Court held that officials could not circumvent the Public Records Act by using personal accounts or devices to conduct the public's business; *Falconi v. Eighth Judicial Dist. Court*, 543 P.3d 92 (Nev. 2024), in which the Nevada Supreme Court struck down statutes and rules mandating the automatic closure of family law proceedings; *Toll v. Wilson*, 135 Nev. 430, 453 P.3d 1215 (2019), where the Nevada Supreme Court determined that Nevada's Press Shield Statute protects online journalists; and *Fritz v. Washoe Cty.*, 132 Nev. 580, 376 P.3d 794 (2016), where the Nevada Supreme

Court determined that government entities may be liable for a taking caused by infrastructure accepted via dedication.

6. Other courts have awarded fees in my cases at amounts similar to those requested here: In a November 15, 2019 decision by the Honorable Judge James T. Russell of the First Judicial District Court in Storey County, Nevada, in Case No. 19 RP 0006 1E, Judge Russell awarded attorney's fees approving my requested rate of $350 per hour in a takings case; The First Judicial District Court in Storey County, Nevada Court also awarded a rate of $350 per hour in an Anti-SLAPP case in a September 24, 2021, Order on Motion for Attorney's Fees and Costs in Docket No. 18-trt-00001 1E; In an April 13, 2021 Order, the Honorable Judge Barry Breslow of the Second Judicial District Court in Washoe County granted my attorney's fees at a rate of $400 per hour in an inverse condemnation proceeding against the City of Reno in Case No. CV17-01041; In a January 13, 2023 Order in Case number CV19-02058, the Honorable Kathleen Sigurdson of the Second Judicial District Court granted a motion approving my attorney's fees in an arbitration matter at a rate of $350 an hour; and on July 26, 2025 in Case No. CV21-00875, the Honorable Kathleen Drakulich of the Second Judicial District Court granted a motion awarding attorney's fees at a rate of $400 per hour in a public records matter.

7. The time dedicated to the Motion Regarding Discovery Dispute (ECF No. 69), reply (ECF No. 75), and hearing, is as follows:

   a. Drafting of the motion: 2 hours
   b. Drafting the reply: 1 hour

    c. Preparation for the hearing: 1 hour

    d. The time of the hearing: 20 minutes (0.333 hours)

8. Total time: 4.333 hours. Half of this time (2.1665 hours) was spent on issues related to the lack of interrogatory responses, per the Court's Order. At $400 per hour, this amounts to $866.60 in attorney's fees.

9. Plaintiff incurred no costs related to the interrogatories portion of the motion.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated: Aug 21, 2025

By: /s/ Luke Busby, Esq.

## EXHIBIT LIST

1. Declaration of Terri Keyser-Cooper

**CERTIFICATE OF SERVICE**

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing by:

_____ personally delivering;

_____ delivery via Reno/Carson Messenger Service;

_____ sending via Federal Express (or other overnight delivery service);

\_\_\_\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

\_\_x\_\_ delivery via electronic means (fax, eflex, NEF, etc.) to:

      Mark Hackmann, Esq.
      100 N. Carson St.
      Carson City, NV 89701
      813-340-1181
      Email: mhackmann@ag.nv.gov

Dated: Aug 21, 2025

By: */s/ Luke Busby, Esq.*
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*