AARON D. FORD
  Attorney General
MARK HACKMANN, Bar No. 16704
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: mhackmann@ag.nv.gov

*Attorneys for Defendants Joseph Johnson,*
*Zachary Mahon, Skyler Sheets,*
*and Jeremy Tafelmeyer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID AGUILAR,<br><br>      Plaintiff,<br><br>v.<br><br>J. TAFELMEYER; et al.,<br><br>      Defendants. | Case No. 3:23-cv-00547-ART-CSD<br><br>ORDER GRANTING<br><br>**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR ATTORNEY'S FEES AND TO PRODUCE RESPONSIVE DOCUMENTS [ECF NO. 83]** |

Defendants hereby request an extension of time to file a response to Plaintiff's motion for attorney's fees and expenses and to produce responsive documents pursuant to this Court's August 7, 2025, order (ECF No. 83). This is the Defendants' first request to extend the subject deadlines.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. RELEVANT FACTS, PROCEDURAL HISTORY, AND ARGUMENT**

Plaintiff David Aguilar (Aguilar) is an offender in custody of the Nevada Department of Corrections (NDOC). On August 7, 2025, this Court ordered Plaintiff to file a memorandum regarding attorney's fees by August 22, 2025, and Defendants to file a responsive memorandum by September 5, 2025, and for Defendants to produce responsive documents by September 6, 2025. ECF No. 83.

There is currently an ongoing statewide network outage affecting State of Nevada offices, which blocks the Attorney General's Office VPN internet access. Therefore, counsel

for Defendants has been unable to access case files and documents. Defendants' counsel has been unable to consistently work on any cases or obligations, including this one, as this cyber security event has been ongoing. This Court has been informed by General Counsel of the issue. Therefore, counsel requests an additional fourteen (14) days to respond to the order at this time and will provide an update should additional time be necessary.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants contend the cyber security issues affecting the State of Nevada constitute good cause, the request is timely and will not hinder or prejudice Plaintiff's case. The requested extension of time should permit the Defendants to adequately respond to Plaintiff's motion and to produce responsive documents. Therefore, Defendants request additional time to comply with this Court's orders.

**II. CONCLUSION**

Defendants assert that the requisite good cause and extenuating circumstance are present to warrant the requested extension of time. Therefore, Defendants request an extension of fourteen (14) days up to and including September 19, 2025, file a response to Plaintiff's application for attorney's fees and expenses and to produce responsive documents.

DATED this 5th day of September, 2025.

AARON D. FORD
Attorney General

By: */s/ Mark Hackmann*
MARK HACKMANN, Bar No. 16704
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

DATED:  September 5, 2025.



_____
Craig S. Denney
United States Magistrate Judge