Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID AGUILAR,<br><br>    Plaintiffs,<br><br>    V.<br><br>J. TAFELMEYER, et al.,<br><br>    Defendant(s). | Case No.: 3:23-cv-00547-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 100) (SECOND REQUEST)** |

Plaintiff David Aguilar, by and through the undersigned counsel, and Defendants Nevada Department of Corrections, Joseph Johnson, Zachary Mahon, Skyler Sheeks, and Jeremy Tafelmeyer, by and through counsel, hereby stipulate and agree as follows. On November 5, 2025, Defendants filed their Motion for Summary Judgment (ECF No. 100). Plaintiff's original deadline to file an opposition to that motion was November 26, 2025, which is twenty-one days after the motion was filed and served pursuant to LR 7-2(b). On November 25, 2025, the parties stipulated to extend that deadline to December 10, 2025, and the Court so ordered at ECF # 109.

Plaintiff requires additional time to thoroughly review the motion and its numerous supporting exhibits, which together exceed several hundred pages, and to

prepare a complete and proper response. Specifically, Plaintiff's counsel has been required to visit Mr. Aguilar in person to discuss the motion and related matters, and the next available appointment for such a visit is not until Friday, December 12, 2025.

Defendants do not oppose the requested extension. The parties therefore agree that Plaintiff shall have up to and including Wednesday, December 17, 2025, to file his opposition to Defendants' Motion for Summary Judgment. This is the second request for an extension of this deadline and is not made for purposes of delay or to cause prejudice to any party.

IT IS SO STIPULATED.

DATED this: Dec 10, 2025

By: /s/ John Regalia
John Regalia
Deputy Attorney General
Public Safety – Nevada Department of Corrections
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
702.486.3106

By: /s/ Luke Busby
Luke Busby, Esq.
Nevada State Bar No. 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
Attorney for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 10, 2025.