**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DAVID AGUILAR,<br><br>Plaintiffs,<br><br>V.<br><br>J. TAFELMEYER, et al.,<br><br>Defendant(s). | Case No.: 3:23-cv-00547-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE PROPOSED JOINT PRETRIAL ORDER<br><br>(First Request) |

The parties, by and through their respective counsel of record, hereby stipulate and agree, pursuant to LR IA 6-1 and LR 26-1(b)(5), that the deadline to file the proposed joint pretrial order shall be extended to thirty (30) days after the Court enters an order determining Defendants' anticipated motion for reconsideration of the Order (ECF No. 123), or, if Defendants pursue appellate review of that Order, thirty (30) days after issuance of the mandate of the United States Court of Appeals for the Ninth Circuit, whichever is later.

On July 17, 2026, the Court entered its Order (ECF No. 123) adopting the Report and Recommendation (ECF No. 120) in full and granting in part and denying in part Defendants' Motion for Summary Judgment (ECF No. 100), leaving for trial Plaintiff's Eighth Amendment excessive force claim and his claim under Title II of the Americans with

Disabilities Act insofar as it is based on the use of excessive force. Defendants have advised Plaintiff that they intend to seek reconsideration of the Order (ECF No. 123) and/or to pursue appellate review of that Order. Because the relief Defendants intend to seek would, if granted, materially affect the claims, witnesses, exhibits, and legal issues to be set forth in the proposed joint pretrial order, tying the deadline to the determination of those proceedings will avoid unnecessary expense to the parties and unnecessary consumption of judicial resources.

In the event Defendants do not file a motion for reconsideration or a notice of appeal on or before August 17, 2026, the proposed joint pretrial order shall be due thirty (30) days after that date (September 16, 2026).

This stipulation is made in good faith and not for the purpose of delay. This is the first request to extend this deadline, no trial date has been set, and no party will be prejudiced by the requested extension.

IT IS SO STIPULATED.

DATED this: Aug 11, 2026

By: /s/ John Regalia
Deputy Attorney General
Public Safety – Nevada
Department of Corrections Office
of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
702.486.3106

By: /s/ Luke Busby, Esq.
Luke Busby, Esq.
Nevada State Bar No. 10319
316 California Ave.
Reno, NV 89509
775-453-0112
lukebusby@pm.me

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

Dated: August 12, 2026