AARON D. FORD
Attorney General
JOHN REGALIA (Bar No. 16969)
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants,*
*Joseph Johnson, Zachary Mahon,*
*Skyler Sheets, and Jeremy Tafelmeyer*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>J. TAFELMEYER; et al.,<br><br>Defendants. | Case No. 3:23-cv-00547-ART-CSD<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

Defendants, Joseph Johnson, Zachary Mahon, Skyler Sheets, and Jeremy Tafelmeyer, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and John Regalia, Deputy Attorney General, hereby appeal this Court's orders rejecting Defendants' entitlement to qualified immunity, including but not limited to the Order filed on July 17, 2026 (ECF No. 123), denying in part Defendants' Motion for Summary Judgment asserting qualified immunity, which ruling is immediately appealable as an interlocutory appeal,[1] and which once appealed divests the district court of jurisdiction.[2]

Defendants further note that while this Notice of Appeal is being filed within thirty (30) days of the Order ECF No. 123, Defendants have a pending Motion for Reconsideration and Motion for Sanctions based on newly discovered evidence filed on August 14, 2026.

[1] *Mitchell v. Forsyth*, 472 U.S. 511, 526–27 (1985).
[2] *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992).

ECF Nos. 126 and 127 pursuant to Local Rule 59-1. This motion was timely filed pursuant to Local Rule 59-1 and to the extent this Notice of Appeal is being filed prior to the Court's ruling on Defendants' pending Motions, Defendants specifically request this Notice of Appeal be deemed timely filed and effective on the date this Court enters its Order resolving Defendants' Motion for Reconsideration and Motion for Sanctions.

DATED this 14th day of August, 2026.

AARON D. FORD
Attorney General

By: /s/ John Regalia
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 14, 2026, I filed the foregoing **DEFENDANTS' NOTICE OF APPEAL** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Luke Busby, Esq.
316 California Ave.
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Attorney for Plaintiff*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General