**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DAVID AGUILAR,

Plaintiffs,

V.

J. TAFELMEYER, et al.,

Defendant(s).

Case No.:3:23-cv-00547-ART-CSD

**ORDER GRANTING**

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR RECONSIDERATION [ECF NO. 126] AND DEFENDANTS' MOTION FOR SANCTIONS [ECF NOS. 127, 129]**

**(First Request)**

Plaintiff David Aguilar, by and through his counsel, and Defendants, by and through their counsel, hereby stipulate, subject to the approval of this Court, to extend the time for Plaintiff to respond to Defendants' Motion for Reconsideration, filed August 14, 2026 [ECF No. 126], and Defendants' Motion for Sanctions, filed August 14, 2026 [ECF No. 127] and corrected on August 17, 2026 [ECF No. 129], from August 28, 2026 to September 4, 2026.

Good cause exists because the Motions allege misconduct by Plaintiff personally and

seek case-dispositive relief against him, and counsel requires additional time to communicate with Plaintiff by mail, who is incarcerated within the Nevada Department of Corrections, regarding the specific factual allegations before filing a response.

This is the first request for an extension of this deadline, it is made in good faith and not for purposes of delay, and no party will be prejudiced. No trial date has been set.

DATED this 27th day of August, 2026.

By: /s/ Luke Busby, Esq.
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com
Attorney for the Plaintiff

AARON D. FORD
Attorney General

By: /s/ John Regalia, Esq.
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106
jregalia@ag.nv.gov
Attorneys for Defendants.

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of August, 2026.

Anne R. Traum
United States District Judge