**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID AGUILAR,<br>Plaintiff,<br>v.<br>J. TAFELMEYER; et al.,<br>Defendants. | Case No. 3:23-cv-00547-ART-CSD<br>**ORDER GRANTING ECF No. 137**<br>**STIPULATION FOR EXTENSION OF DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION (ECF NO. 126) AND DEFENDANTS MOTION FOR SANCTIONS (ECF NO. 129)**<br>**(FIRST REQUEST)** |

Defendants, Joseph Johnson, Zachary Mahon, Skyler Sheets, and Jeremy Tafelmeyer, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and John Regalia, Deputy Attorney General, and Plaintiff David Aguilar (collectively, the "Parties"), by and through his counsel, Luke Busby, Esq., respectfully submit the following Stipulation and Order to Extend Defendants' Deadline to File Reply in Support of Defendants' Motion for Reconsideration and Reply in Support of Defendants' Motion for Sanctions.

The additional time is necessary as the motions are both extensive and complex. Further, Defendants' Counsel has other dispositive motions due this week in other matters.

///

The Parties have agreed to extend the current deadline by seven days. The current deadline for response is September 11, 2026. The Parties have thus agreed to stipulate that the deadline to respond to ECF Nos. 134 and 135 be extended to September 18, 2026.

This is the first request for an extension of this deadline, it is made in good faith and not for purposes of delay, and no party will be prejudiced as no trial date has yet been set.

DATED this 9th day of September, 2026.

AARON D. FORD
Attorney General

By: /s/ John Regalia
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General

*Attorneys for Defendants*

By: /s/ Luke Busby, Esq.
LUKE BUSBY, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
Phone (775) 453-0112
luke@lukeandrewbusbyltd.com

*Attorney for the Plaintiff*

**IT IS SO ORDERED.**

**Anne R. Traum**
**United States District Judge**

**DATED: September 9, 2026**